UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Nos. 1:13-cr-49-CLC-SKL |
| v. | ) | 1:14-cr-117-CLC-SKL, |
| | ) | 1:14-cr-130-CLC-SKL |
| KENNETH FAGIN | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw her not guilty plea to Count Two of the eight-count
Superseding Indictment in case number 1:13-cr-49, Count Two of the Indictment in case 1:14-cr-
117, and Count 1 of the Indictment in case 1:14-cr-130; (2) accept Defendant's plea of guilty to
Count Two of the Superseding Indictment in case 1:13-cr-49, Count Two of the Indictment in case
1:14-cr-117, and Count 1 of the Indictment in case 1:14-cr-130; (3) adjudicate Defendant guilty of
the charges set forth in Count Two of the Superseding Indictment in case 1:13-cr-49, Count Two of
the Indictment in case 1:14-cr-117, and Count 1 of the Indictment in case 1:14-cr-130; (4) defer a
decision on whether to accept the plea agreement until sentencing; and (5) Defendant has been
released on bond under appropriate conditions of release pending sentencing in this matter (Court
File No. 132). Neither party filed a timely objection to the report and recommendation. After
reviewing the record, the Court agrees with the magistrate judge's report and recommendation.
Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and
recommendation (Court File No. 132) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count Two of the Superseding

Indictment in case 1:13-cr-49, Count Two of the Indictment in case 1:14-cr-117, and

Count 1 of the Indictment in case 1:14-cr-130 is **GRANTED**;

(2)     Defendant's plea of guilty to Count Two of the Superseding Indictment in case 1:13-cr-49, Count Two of the Indictment in case 1:14-cr-117, and Count 1 of the Indictment in case 1:14-cr-130 of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Superseding Indictment in case 1:13-cr-49, Count Two of the Indictment in case 1:14-cr-117, and Count 1 of the Indictment in case 1:14-cr-130;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place on **June 11, 2015, at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**

**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2